**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-6178**

---

GARETH JEROME WILSON,

                                    Plaintiff - Appellant,

        versus

JANET RENO; UNITED STATES MARSHAL SERVICE;
CHRISTINE WHITMAN, Governor of New Jersey;
UNITED STATES PAROLE COMMISSION; JOHN HAHN,
Warden of Petersburg Federal Correctional
Institution,

                                    Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Albert V. Bryan, Jr., Senior
District Judge.  (CA-95-1570-AM)

---

Submitted:  April 9, 1996            Decided:  May 30, 1996

---

Before MURNAGHAN and WILLIAMS, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Gareth Jerome Wilson, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Gareth Jerome Wilson filed a Petition for a Writ of Mandamus in the Eastern District of Virginia seeking to compel Respondents to dismiss a New Jersey indictment filed against him. The district court denied his requested relief without prejudice to his right to apply to the appropriate New Jersey court. Wilson appeals.

Mandamus is a drastic remedy to be used only in extraordinary circumstances. Kerr v. United States Dist. Court, 426 U.S. 394, 402 (1976). "[C]ourts are extremely reluctant to grant a writ of mandamus." In re Ford Motor Co., 751 F.2d 274, 275 (8th Cir. 1984). In seeking mandamus relief, a petitioner carries the heavy burden of showing that he has no other adequate means to attain the relief and that his right to such relief is clear and indisputable. In re First Fed. Sav. & Loan Ass'n, 860 F.2d 135, 138 (4th Cir. 1988). Because Appellant may seek the requested relief in the appropriate New Jersey court, by habeas corpus or otherwise, we affirm.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2